# EXHIBIT A

**Beres & Associates**
Certified Court Reporters
Post Office Box 190461
Nashville, Tennessee 37219-0461



Date  8/31/2015
Invoice #  6866

**Bill To**

Ms. Jennifer M. Lankford
Attorney at Law
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee  37067

| Description | Amount |
|---|---|
| CHRIS BENNETT VS. HIGHLAND GRAPHICS, INC. and RON WALL - DEPOSITIONS OF RON WALL AND NENDA COFFEE - AUGUST 19 & 20, 2015 | |
| Per Diem - August 20, 2015 | 125.00 |
| Per Diem - All Day - August 19, 2015 | 225.00 |
| Original of Depositions | 1,711.60 |
| Postage | 15.00 |

Please make check payable to Katy Beres Melcher.  Thank you for your business!

**Beres & Associates**

Total  $2,076.60

1-615-742-2550
1-615-742-2551



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115599 | 8/21/2015 | 92967 |
| **Job Date** | **Case No.** | |
| 7/28/2015 | 3-14-2408 | |

**Case Name**

Chris Bennett vs. Highland Graphics Inc, et al.

**Payment Terms**

Due upon receipt

**VOWELL, JENNINGS & Huseby**

(800) 641-9390   www.vowelljennings.com

Jennifer M. Lankford, Esq.
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN  37067

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Chris D. Bennett                                                                                   1,166.30

                                                                 **TOTAL DUE >>>    $1,166.30**

Thank you for choosing Vowell, Jennings & Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.vowelljennings.com.

**Tax ID:** 31-1763752                                                                                                                                    Phone: 615-465-6005   Fax:

*Please detach bottom portion and return with payment.*

---

Jennifer M. Lankford, Esq.
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN  37067

Invoice No.  :  115599
Invoice Date :  8/21/2015
**Total Due**    :  **$ 1,166.30**

**Remit To:** Huseby, Inc.
            P.O. Box 602928
            Charlotte, NC  28260-2928

Job No.    :  92967
BU ID      :  VJH
Case No.   :  3-14-2408
Case Name  :  Chris Bennett vs. Highland Graphics Inc, et al.